# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DARLENE BALISTRERI-AMRHEIN | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23CV862 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| ATTORNEY LARRY HERCULES & LAW FIRM, *et al.* | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 30, 2024, the report of the Magistrate Judge (the "Report") (Dkt. #6) was entered containing proposed findings of fact and recommendations that Plaintiff Darlene Balistreri-Amrhein's ("Plaintiff") claims be dismissed without prejudice and any pending motions be denied as moot pursuant to Rule 41(b) because Plaintiff did not comply with the terms of a pre-filing injunction issued against her. On June 10, 2024, Plaintiff filed Objections (Dkt. #7) to the Report.

The Court has conducted a *de novo* review of the Objections (Dkt. #7) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections (Dkt. #7) are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, Plaintiff's Objections (Dkt. #7) are **OVERRULED** and the Magistrate Judge's Report (Dkt. #6) is **ADOPTED** as the findings and conclusions of the Court.

IT IS ORDERED that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** and any pending motions are **DENIED AS MOOT**.

1

**SIGNED this 17th day of June, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE